IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MILLENNIUM IP, INC. and MILLENNIUM MEDIA, INC.,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-5856

Judge Robert M. Dow, Jr.

Magistrate Judge Jeffrey T. Gilbert

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 31, 2018 [35] and November 14, 2018 [41], in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
| --- | --- |
| 120 | renshengbuleia |
| 77 | chenguiyun |
| 122 | sanmekegerin |
| 152 | wwwainiyisheng |
| 101 | jiangyan1890608 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 6, 2019

Respectfully submitted,

*[signature: Yanling Jiang]*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson Blvd.
Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 6th day of December, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

*[signature: Ollie B. Jones]*
Notary Public

State of Illinois
County of Cook